IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES CLARK,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1042
LT Case No. 2010-CF-12797-A-O

Opinion filed August 9, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Tanya Davis Wilson, Judge.

James Clark, Avon Park, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.  See *Simmons v. State*, 332 So. 3d 1129 (Fla. 5th DCA 2022).


LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.